**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **MELANIE K. CARDER** | : | CASE NO. 25-50662 aec |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |

## NOTICE OF MOTION TO EXTEND THE PROTECTION
## OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(c)(3)

**MELANIE K. CARDER** HAS FILED DOCUMENTS WITH THE COURT TO EXTEND THE PROTECTION OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(c)(3).

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to extend the automatic stay, or if you want the court to consider your views on the Motion to Extend the Protection of the Automatic Stay, then you or your attorney shall file with the court a written objection or response on or before **June 11, 2025 (plus 3 days if served by mail.)** The objection or response should be sent to:

Clerk, U. S. Bankruptcy Court
Middle District of Georgia
P. O. Box 1957
Macon, Georgia 31202

**If an objection or response is filed, a hearing on the Motion to Extend the Automatic Stay shall be held on:**

**June 25, 2025 at 9:30 a.m. at the United States Bankruptcy Court, Courtroom B, 433 Cherry Street, Macon, Georgia 31201**.

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to 11 U.S.C. § 362(c)(3).

**Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.**

Dated this 21st day of May, 2025

Jason M. Orenstein
Attorney for Debtor
1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jmopclaw@yahoo.com

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **MELANIE K. CARDER** | : | CASE NO. 25-50662 aec |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |

## MOTION TO EXTEND THE PROTECTION OF THE
## AUTOMATIC STAY UNDER 11 U.S.C. § 362(c)(3)

Comes now, MELANIE K. CARDER, debtor in the above matter, and hereby moves this Court to enter an Order extending the automatic stay in accordance with 11 U.S.C. § 362(c)(3)(B), and in support thereof shows as follows:

1.

Debtor filed a previous bankruptcy petition, Case Number 24-51885 aec which was pending during the year preceding the filing of the current case.  Said case was dismissed on April 3, 2025.

2.

Debtor experienced a temporary interruption in her Chapter 13 Payments due to changing jobs. Debtor is now working and is able to make her Chapter 13 payments.  Debtor has filed a proposed confirmable plan.

3.

The proposed plan provides for all creditors and has been filed in good faith as to all creditors.

WHEREFORE, Debtor prays that this Court find that his case has been filed in good faith and that this Court extend the protection of the automatic stay provided by 11 U.S.C. § 362 as to all creditors.

This 21st day of May, 2025

/s/ Jason M. Orenstein
JASON M. ORENSTEIN
State Bar No. 554302
Attorney for Debtor

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jmopclaw@yahoo.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing *Motion to Extend the Protection of the Automatic Stay* and *Notice of Hearing* upon Chapter 13 Trustee via electronic mail and upon those creditors listed on "Exhibit A" by sending a copy of same via United States mail with sufficient postage affixed thereto.

This 21st day of May, 2025.

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar No. 554302
Attorney for Debtor

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jmopclaw@yahoo.com