## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 25-50662 aec |
| **MELANIE K. CARDER** : | |
| : | CHAPTER 13 |
| **Debtor** : | |

### NOTICE OF CONVERSION TO A CHAPTER 7 CASE

Comes now, MELANIE K. CARDER, debtor in the above-captioned matter, and files this Notice of Conversion to a Chapter 7 Case, and respectfully shows the Court the following:

1.

Debtor, MELANIE K. CARDER, by and through counsel, now wishes to convert to Chapter 7 of the Bankruptcy Code.

2.

The debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code and pursuant to 11 U.S.C. § 1307(a), the debtor is entitled to convert this Chapter 13 case to a case under Chapter 7 at any time. The debtor now wishes to convert her Chapter 13 case to a case under Chapter 7.

WHEREFORE, the debtor, MELANIE K. CARDER, pursuant to Federal Rule of Bankruptcy Procedure 1017(f)(3), hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

This 29th day of May, 2025.

>  */s/ Jason M. Orenstein*
> JASON M. ORENSTEIN
> State Bar No. 554302
> Attorney for Debtor

1922 Forsyth Street
Macon, GA 31201
(478) 743-6300
jmopclaw@yahoo.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 25-50662 aec |
| **MELANIE K. CARDER** | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

This is to certify that on this day I have this day served a true and correct copy of the *Notice of Conversion to a Chapter 7 Case* upon the U. S. Trustee and Office of the Chapter 13 Trustee via electronic mail and upon those creditors listed on Exhibit "A" by sending a copy of the same via United States mail with sufficient postage affixed thereto.

This 29th day of May, 2025.

|  |  |
|---|---|
|  | */s/ Jason M. Orenstein* |
| 1922 Forsyth Street | JASON M. ORENSTEIN |
| Macon, GA 31201 | State Bar # 554302 |
| (478) 743-6300 | Attorney for Debtor |
| jmopclaw@yahoo.com | |

```
Label Matrix for local noticing        433 Cherry Street                    Americas Car-Mart INC
113G-5                                  P.O. Box 1957                        1805 N 2nd ST Suite 401
Case 25-50662-AEC                       Macon, GA 31202-1957                 Rogers, AR 72756-2423
Middle District of Georgia
Macon
Thu May 29 11:14:06 EDT 2025

Chime/Stride Bank,NA                    Colonial Auto Finance                Credit Collection Services
P.O. Box 417                            802 SE Plaza                         725 Canton Street
San Francisco, CA 94104-0417            Suite 114                            Norwood, MA 02062-2679
                                        Bentonville, AR 72712-3220


(p)CRESCENT BANK & TRUST                Danny Carder                         GEICO
P O BOX 2829                            P.O. Box 1050                        One Geico Plaza
ADDISON TX 75001-2829                   Hopkinsville, KY 42241-1050          Bethesda, MD 20810-0002


(p)GEORGIA DEPARTMENT OF REVENUE        Internal Revenue Service             Jefferson Capital System
BANKRUPTCY                              P.O. Box 7346                        P.O. Box 772813
2595 CENTURY PKWY NE SUITE 339          Philadelphia, PA 19101-7346          Chicago, IL 60677-0113
ATLANTA GA 30345-3173


Kikoff Lending, LLC                     LVNV Funding LLC                     LVNV Funding, LLC
75 Broadway                             P.O. Box 1269                        Resurgent Capital Services
Suite 226                               Greenville, SC 29602-1269            PO Box 10587
San Francisco, CA 94111-1458                                                 Greenville, SC 29603-0587


LVNV Funding, LLC                       National Appartment Association      (p)PREFERRED CREDIT  INC
c/o Resurgent Capital Services          P.O. Box 672288                      628 ROOSEVELT ROAD SUITE #100
P.O. Box 10587                          Marietta, GA 30006-0039              SAINT CLOUD MN 56301-4867
Spartanburg, SC 29303


SANTANDER CONSUMER USA Inc.             Santander Consumer USA               Telecom Selfreported
P.O. Box 560284                         Attn: Bankruptcy Dept.               P.O. Box 4500
Dallas, TX 75356-0284                   PO Box 961245                        Allen, TX 75013-1311
                                        Fort Worth, TX 76161-0244


Timothy L. Stevenson                    Truist Bank - DDA Recovery           Truist Bank, Support Services
1542 US 31W BYP, STE 7                  P.O. Box 85041                       P.O. Box 85092
Bowling Green, KY 42101-3015            Richmond, VA 23285-5041              Richmond, VA 23286-0001


U.S. Trustee - MAC                      Verizon by American InfoSource as Agent    WebBank/Fingerhut
440 Martin Luther King Jr. Boulevard    P.O. Box 4457                        6250 Ridgewood Road
Suite 302                               Houston, TX 77210-4457               Saint Cloud, MN 56303-0820
Macon, GA 31201-7987


Camille Hope                            Jason M. Orenstein                   Melanie K. Carder
Office of the Chapter 13 Trustee        Jason M. Orenstein, PC               32 Brentwood Place
P.O. Box 954                            1922 Forsyth Street                  Apt. 424
Macon, GA 31202-0954                    Macon, GA 31201-1144                 Forsyth, GA 31029-1794
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Crescent Bank<br>P.O. Box 2829<br>Addison, TX 75001 | (d)Crescent Bank and Trust<br>P.O. Box 2829<br>Addison, TX 75001 | Georgia Dept. of Revenue<br>Compliance Div.<br>ARCS Bankruptcy<br>1800 Century Blvd NE, Ste. 9100<br>Atlanta, GA 30345-3202 |
| Preferred Credit, Inc.<br>P.O. Box 1970<br>Saint Cloud, MN 56302 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 | |