**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **MELANIE K. CARDER** | : | **CASE NO. 25-50662 aec** |
| | : | |
| Debtor | : | **CHAPTER 7** |
| | : | |

## WITHDRAWAL OF DEBTOR'S MOTION
## TO EXTEND THE AUTOMATIC STAY

Comes now, MELANIE K. CARDER, debtor in the above-captioned matter, and by and through her counsel of record, withdraws her Motion to Extend the Automatic Stay previously filed with the Court on May 21, 2025 and is listed as Docket No. 10.

This 3rd day of June, 2025

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar No. 554302
Attorney for Debtor

1922 Forsyth Street
P.O. Box 4086
Macon, Georgia 31208-4086
(478) 743-6300
jmopclaw@yahoo.com