**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: <br> Melanie K. Carder <br><br> Debtor(s) | Case No. 25-50662-AEC |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Camille Hope, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/24/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/29/2025.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,675.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| America's Car-Mart Inc. | Unsecured | NA | 669.59 | 669.59 | 0.00 | 0.00 |
| Chime Stride Bank NA | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| Colonial Auto Finance | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| Crescent Bank & Trust | Secured | 36,000.00 | 38,351.19 | 38,351.19 | 0.00 | 0.00 |
| GEICO | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| Kikoff Lending LLC | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 115.00 | 113.89 | 113.89 | 0.00 | 0.00 |
| National Appartment Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Preferred Credit | Unsecured | 3,520.00 | NA | NA | 0.00 | 0.00 |
| Telecom Self reported | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Timothy L Stevenson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Truist Bank - DDA Recovery | Unsecured | 1,125.00 | 1,124.47 | 1,124.47 | 0.00 | 0.00 |
| Verizon by American InfoSource as Agent | Unsecured | 1,455.00 | NA | NA | 0.00 | 0.00 |
| WebBank Fingerhut | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $38,351.19 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$38,351.19** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$1,907.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/04/2025          By: /s/ Camille Hope
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| Melanie K. Carder<br>32 Brentwood Place<br>Apt. 424<br>Forsyth, GA 31029 | **CASE NO:** 25-50662-AEC<br><br>**ATTORNEY:** JASON M. ORENSTEIN, PC |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of this Final Report has been served on the debtor's attorney via electronic notice, and mailed postage prepaid to the debtor at their address shown below.

<u>Via Electronic Notice:</u>   JASON M. ORENSTEIN, PC

<u>Via U.S. Mail:</u>   Melanie K. Carder
32 Brentwood Place
Apt. 424
Forsyth, GA 31029

**DATED:** June 04, 2025        /s/ Camille Hope
                                                 **Camille Hope**
                                                 **MIDDLE DISTRICT OF GA**
                                                 **P.O. BOX 954**
                                                 **MACON, GA 31202-0954**
                                                 **(478)742-8706**

**UST Form 101-13-FR-S (09/01/2009)**