Certificate Number: 17082-GAM-DE-040040058

Bankruptcy Case Number: 25-50662



17082-GAM-DE-040040058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2025, at 9:35 o'clock AM MST, MELANIE CARDER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date:   September 1, 2025               By:   /s/Orsolya K Lazar

                                        Name: Orsolya K Lazar

                                        Title: Executive Director